# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA S. VALENCIA,<br><br>               Plaintiff,<br><br>   v.<br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br><br>               Defendant. | Case No. 8:18-cv-01064 AFM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Reversing and Remanding Decision of Commissioner filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Order.

DATED:  6/28/2019

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE